**In the United States District Court
for the District of Kansas**

Case No. 2:23-cv-02046

JESSICA COEN, AND ALL THOSE
SIMILARLY SITUATED,

*Plaintiffs*

v.

TACO VIDA LLC AND TACO REPUBLIC
CORINTH, LLC D/B/A TACO REPUBLIC,

*Defendants*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

NOW ON this 15th day of February, 2023, the Court, having reviewed the Stipulation of Dismissal Without Prejudice, Doc. 5, hereby dismisses the above-captioned cause of action with prejudice pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs and fees, including attorney's fees.

IT IS SO ORDERED.

Date:  February 15, 2023          s/ Toby Crouse

                                                           Toby Crouse
                                                           United States District Judge